IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

PENN-STAR INSURANCE COMPANY,
a Pennsylvania Corporation                                              PLAINTIFF

v.                          No. 3:15-cv-104-DPM

NEW EDITION EARLY LEARNING ACADEMY, LLC,
an Arkansas Limited Liability Company;
JACQUELINE STANBACK, an Individual; MONICA
CERVANTES, Individually and as Parent and Next
Friend of Jonathan Cervantes, a Minor;                                  DEFENDANT

ORDER

1. Counsel have conflicts with the July 15th hearing. So № 45 is vacated. Briefing on the motion to strike will proceed on the normal course. The Court's staff will try to arrange a mutually convenient one-hour hearing date during the week of August 15th. The hearing will be held in Little Rock. Details will be in the forthcoming hearing notice.

2. The Final Scheduling Order, № 16, is suspended. The Court must try an older case the week of September 6th. An Amended Final Scheduling Order, with new pretrial deadlines and another trial date, will issue if the case isn't resolved on the motions.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 July 2016