# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

PENN-STAR INSURANCE COMPANY,
a Pennsylvania Corporation

**PLAINTIFF/ COUNTER-DEFENDANT**

v.   No. 3:15-cv-104-DPM

NEW EDITION EARLY LEARNING ACADEMY, LLC,
an Arkansas Limited Liability Company;
JACQUELINE STANBACK, an Individual;
and MONICA CERVANTES,
Individually and as Parent and Next Friend
of Jonathan Cervantes, a Minor

**DEFENDANTS**

MONICA CERVANTES, Individually
and as Parent and Next Friend of
Jonathan Cervantes, a Minor

**COUNTER-CLAIMANT**

## JUDGMENT

The Amended Complaint and the Counterclaim are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

21 April 2017